IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　5.<br><br>TOM CORBETT, JOANNE SCHMIDT,<br>CRAIG WYNN, CARLENE M. NEAL,<br>ARBEDELLA WHITE-DAVIS,<br>HOMER C. FLOYD, and J. WYHATT<br>MONDESIRE,<br><br>　　　　　　Defendants. | Civ. No. 07-3575 |

**ORDER**

April 15, 2009

　　　For the reasons set forth in the accompanying opinion, it is **ORDERED** that:

1.) The motions to dismiss of defendants Tom Corbett, Craig Wynn, Carlene M. Neal, Arbedella White-Davis, Homer C. Floyd, and J. Wyhatt Mondesire are **GRANTED**.

2.) The motion to dismiss of defendant Joanne Schmidt is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Louis H. Pollak
　　　　　　　　　　　　　　　　　　Pollak, J.